UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIPS & JORDAN INCORPORATED, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-1922 |
| PATRICK COFFEY, ET AL | SECTION "N" (3) |

## ORDER AND REASONS

Given the filing of the Plaintiffs' "First Amended and Supplemental Complaint" (Rec. Doc. 60), and the movants' filing of an associated motion to dismiss (Rec. Doc. 62), **IT IS ORDERED** that the previous motion to dismiss filed by Defendants' Patrick Coffey and Southern State Recovery, Inc., regarding the original complaint, is **MOOT**.[1]

New Orleans, Louisiana, this 9th day of April 2012.

_____
**KURT D. ENGLEHART**
**United States District Judge**

---

[1] The status of the previous motion to dismiss was confirmed, via electronic mail, by movants' counsel on April 2, 2012.